Gerald M. Murphy, State Bar No. 99994
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:   gmurphy@luce.com

Attorneys for Plaintiff
JS&V, LP. A Clifornia Limited Partnership,
by VICTOR WU, its General Partner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JS&V, LP. A California Limited Partnership, by VICTOR WU, its General Partner<br><br>Plaintiffs,<br><br>v.<br><br>CLEAR CHANNEL OUTDOOR, INC., AND DOES ONE THROUGH FOUR,<br><br>Defendants | Cause No. 07-CV-01126-MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR SUBSTITUTION OF COUNSEL** |

Based upon the Stipulation filed March 14, 2007, and good cause appearing therefrom, IT IS HEREBY ORDERED that Gerald M. Murphy be substituted as the attorney of record for JS&V, LP and Victor Wu in the above-entitled action in place of Lawrence J. Koncz, Esq. who presently appears as attorney of record.

DATED: March 15, 2007    _____
                          UNITED STATES DISTRICT COURT JUDGE