**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JS&V, LP, a California Limited Partnership, by Victor Wu, its General Partner,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL OUTDOOR, INC.,<br><br>Defendant<br>_____/ | No. C 07-1126 MMC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On June 8, 2007, plaintiff failed to appear as ordered at a regularly scheduled case management conference in the above-titled action. Defendant appeared as ordered.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE in writing, no later than June 15, 2007, why the action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 8, 2007

MAXINE M. CHESNEY
United States District Judge