IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JS&V, LP, a California Limited Partnership, by Victor Wu, its General Partner,<br><br>           Plaintiff,<br>   v.<br><br>CLEAR CHANNEL OUTDOOR, INC.,<br><br>           Defendant<br>                                                                          / | No. C 07-1126 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; SCHEDULING CASE MANAGEMENT CONFERENCE** |

On June 8, 2007, the Court directed plaintiff to show cause why the above-titled action should not be dismissed for failure to prosecute, in light of plaintiff's failure to appear as ordered at the Case Management Conference scheduled for June 8, 2007. Before the Court is plaintiff's response to the Court's order to show cause.

In light of the explanation set forth by plaintiff's counsel, (see Murphy Decl., filed June 15, 2007), the Court hereby DISCHARGES the order to show cause.

The Case Management Conference shall be conducted on July 27, 2007 at 10:30 a.m. No further Case Management Statement is required, unless circumstances have changed from those set forth in the Statement filed June 1, 2007, in which case the parties shall file an updated Joint Case Management Statement no later than July 20, 2007.

**IT IS SO ORDERED.**

Dated: June 20, 2007

MAXINE M. CHESNEY
United States District Judge