1   Scott D. Baker (SBN 84923)
    Email:  sbaker@reedsmith.com
2   Jonah D. Mitchell (SBN 203511)
    Email:  jmitchell@reedsmith.com
3   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
4   San Francisco, CA  94111-3922

5   **Mailing Address:**
    P.O. Box 7936
6   San Francisco, CA  94120-7936

7   Telephone:     415.543.8700
    Facsimile:     415.391.8269
8
    Attorneys for Defendant
9   Clear Channel Outdoor, Inc.

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12   JS&V, LP, a California Limited Partnership, by       No.: C 07-01126 MMC
     VICTOR WU, its General Partner,
13                                                        **STIPULATION AND ORDER FOR**
                          Plaintiff,                      **VOLUNTARY DISMISSAL WITH**
14                                                        **PREJUDICE**
                   vs.
15
     CLEAR CHANNEL OUTDOOR, INC., and
16   DOES ONE THROUGH FOUR,

17                        Defendants.

18   _____

19   AND RELATED COUNTERCLAIMS

20

21

22

23

24

25

26

27

28

*REED SMITH LLP*
*A limited liability partnership formed in the State of Delaware*

1    The parties, by and through their undersigned counsel of record, hereby stipulate that

2  this action and all claims and counterclaims asserted therein are hereby dismissed with prejudice

3  pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear its own attorneys' fees

4  and costs in connection with this action.

5

6    DATED:  July 26, 2007.

7

8                                    REED SMITH LLP

9

10                                   By_____/s/ Jonah D. Mitchell_____
                                         Scott D. Baker
11                                       Jonah D. Mitchell
                                         Attorneys for Defendant/Counterclaimant
12                                       Clear Channel Outdoor, Inc.

     DATED:  July 25, 2007.
13

14                                   LUCE, FORWARD, HAMILTON & SCRIPPS LLP

15

16                                   By_____/s/ Gerald M. Murphy_____
                                         Gerald M. Murphy
17                                       Attorneys for Plaintiff/Counterclaim Defendant
                                         JS&V, LP, a California Limited Partnership, by
                                         Victor Wu, its General Partner

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1

## <u>ORDER</u>

2

3
PURSUANT TO STIPULATION, IT IS SO ORDERED.

4
DATED: July 27, 2007

5

6



7
Honorable Maxine M. Chesney

8
United States District Judge

9

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE